| CDIL PROB 22 (Rev. 4/97) | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Tran. Court)* 03-30035 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* |

**FILED** JUN 2 9 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

E-FILED
Monday, 11 July, 2005 04:05:37 PM
Clerk, U.S. District Court, ILCD

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT CENTRAL DISTRICT OF ILLINOIS | DIVISION Springfield |
|---|---|---|
| Michael Curran<br>500 Clavey Court<br>Highland Park, Illinois 60035 | NAME OF SENTENCING JUDGE Jeanne E. Scott | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 12/16/04 — TO 12/15/07 |

RECEIVED MAY 2 0 2005
U.S. PROBATION OFFICE
CHICAGO, ILLINOIS

| OFFENSE |
|---|
| Mail Fraud |

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

05-13-05
_____
Date

s/Richard Mills
_____
JEANNE E. SCOTT
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

MAY 2 7 2005
_____
Effective Date

s/Charles Kocoras
_____
United States District Judge