

# United States District Court

| | | |
|---|---|---|
| JOHN M. WATERS<br>CLERK OF COURT | **CENTRAL DISTRICT OF ILLINOIS**<br><br>OFFICE OF THE CLERK<br>151 U.S. COURTHOUSE<br>600 EAST MONROE STREET<br>SPRINGFIELD, ILLINOIS 62701 | TEL:<br>217.492.4020<br>FAX:<br>217.492.4028 |

July 11, 2005

United States District Court
Northern District of Illinois
219 South Dearborn Street
Chicago, IL  60604

                        RE: USA v MICHAEL CURRAN
                        CDIL CASE NO.  03-30035

Dear Clerk:

     Pursuant to the executed Transfer of Jurisdiction filed in this office on 6/29/05, enclosed please find certified copies of the following:

        1. Docket Sheet
        2. Transfer of Jurisdiction
        3. Judgment and Commitment
        4. Financial ledger

     Please be advised that this file has been forwarded to the National Records Center for storage.  Should you require other documents from this file, I would be happy to arrange for withdrawal of the record.

     I am also enclosing a copy of this letter. Please acknowledge receipt of the above documents.

                        Very truly yours,

                        JOHN M. WATERS, CLERK
                        U.S. DISTRICT COURT

                        By: _____
Enclosure(s)                           Deputy Clerk
JMW/