**FILED**
JUL 1 8 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS



05CR0634

# United States District Court

JOHN M. WATERS
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

OFFICE OF THE CLERK
151 U.S. COURTHOUSE
600 EAST MONROE STREET
SPRINGFIELD, ILLINOIS 62701

TEL: 217.492.4020
FAX: 217.492.4028

July 11, 2005

**RECEIVED**
JUL 1 4 2005
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

United States District Court
Northern District of Illinois
219 South Dearborn Street
Chicago, IL  60604

JUDGE LEINENWEBER
MAGISTRATE JUDGE SIDNEY I. SCHENKIER

RE: USA v MICHAEL CURRAN
CDIL CASE NO. 03-30035

Dear Clerk:

Pursuant to the executed Transfer of Jurisdiction filed in this office on 6/29/05, enclosed please find certified copies of the following:

1. Docket Sheet
2. Transfer of Jurisdiction
3. Judgment and Commitment
4. Financial ledger

Please be advised that this file has been forwarded to the National Records Center for storage. Should you require other documents from this file, I would be happy to arrange for withdrawal of the record.

I am also enclosing a copy of this letter. Please acknowledge receipt of the above documents.

Very truly yours,

JOHN M. WATERS, CLERK
U.S. DISTRICT COURT

By: s/M Cooke
    Deputy Clerk

Enclosure(s)
JMW/