**E-FILED**
Thursday, 29 December, 2005  03:58:10 PM
Clerk, U.S. District Court, ILCD

RETURN RECEIPT FOR PRE-SENTENCE REPORT/SENTENCING RECOMMENDATION/STATEMENT OF REASONS/VIOLATION REPORT

Case Name: USA v MICHAEL D. CURRAN

Case Number: 03-30035

The appeal time having expired and/or the appeal having been concluded, the original Sealed Pre-sentence Report and Sentencing Recommendation and Statement of Reasons were returned to the U.S. Probation Office on September 28, 2005.

Received by:

_Angela Cooper_ (signature)
U.S. Probation office

Date: 10/7/05